IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR 09-168-S-BLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| ADRIAN LAMONT GUNN, a/k/a | ) | |
| LAMONT GUNN, ANDRE GUINN | ) | |
| and ANDRE GILMORE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 17, 2009 Defendant ADRIAN LAMONT GUNN appeared before the
undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea
agreement.  The Defendant executed a waiver of the right to have the presiding United States
District Judge take his change of plea.  Thereafter, the Court explained to the Defendant the
nature of the charges contained in the applicable Indictment (Docket No. 1), the maximum
penalties applicable, his constitutional rights, the impact that the Sentencing Guidelines will
have, and that the District Judge will not be bound by the agreement of the parties as to the
penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the
Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's

guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1)      The District Court accept Defendant ADRIAN LAMONT GUNN's plea of guilty to Counts One and Seven of the Indictment (Docket No. 1), and that a pre-sentence report be ordered.

2)      The District Court GRANT, at the appropriate time, the United States' motion to dismiss Counts Two, Three, Four, Five, Six, Eight, Nine, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, and Seventeen of the Indictment (Docket No. 17) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: **December** 17th, 2009.

_____
CANDY WAGAHOFF DALE
UNITED STATES MAGISTRATE JUDGE